IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

MAR 09 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HENRY S. CAVAZOS, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-66 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION. | § | |

## ORDER

Henry S. Cavazos has filed a petition for writ of habeas corpus pursuant to the provisions of 28 U.S.C. § 2254 . (Docket No. 10). Mr. Cavazos previously filed an identical habeas petition (Docket No. 2) with this Court on March 25, 1997. On March 19, 1998 the Honorable Filemon B. Vela, United States District Court Judge, adopted a Report and Recommendation by United States Magistrate Judge John Wm. Black recommending dismissal of Cavazos' petition in Civil Action B-97-66. Because the current action is a successive petition and because it is time barred under the statute of limitations of the AEDPA, it is **ORDERED** that the current petition be **DISMISSED WITH PREJUDICE**.

DONE at Brownsville, Texas, on the ___8th___ day of ___March___, 2000.

Filemon B. Vela
United States District Judge